| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Reeves, Carlton W. | 2. Court or Organization<br><br>Southern District of Mississippi | 3. Date of Report<br><br>08/3/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>District Judge- - Active | 5a. Report Type (check appropriate type)<br> ☐ Nomination   Date<br> ☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>501 E. Court Street<br>Suite 5.550<br>Jackson, MS 39201 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/3/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Roger Williams Univ. Law School | Jan. 20-23, 2016 | Providence, RI | Martin Luther King Holiday Celebration/ Educationsl | Travel, Lodging and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Reeves, Carlton W.** | 08/3/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tennessee State University | Tuition Agreements | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/3/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T, Common | A | Dividend | J | T | | | | | |
| 2. Analong Device Inc. (ADI), Common | A | Dividend | J | T | | | | | |
| 3. Caterpillar (CAT), Common | A | Dividend | J | T | | | | | |
| 4. Chevron (CVX), Common | A | Dividend | J | T | | | | | |
| 5. Discover Financial Svcs (DFS), Common | A | Dividend | J | T | | | | | |
| 6. Facebook, Inc. (FB), Common | A | Dividend | J | T | | | | | |
| 7. GE, Common | A | Dividend | J | T | | | | | |
| 8. Intel Corp. (INTC), Common | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson (JNJ), Common | A | Dividend | J | T | | | | | |
| 10. Kraft Heinz Co. (KHC), Common | A | Dividend | J | T | | | | | |
| 11. Kroger (KR), Common | A | Dividend | J | T | | | | | |
| 12. McDonalds Corp. (MCD), Common | A | Dividend | J | T | | | | | |
| 13. Merck (MRK), Common | A | Dividend | J | T | | | | | |
| 14. Microsoft (MSFT), Common | A | Dividend | J | T | | | | | |
| 15. Morgan Stanley (MS), Common | A | Dividend | J | T | | | | | |
| 16. Pepsico (PEP), Common | A | Dividend | J | T | | | | | |
| 17. Procter & Gamble (PG), Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/3/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Qualcomm Inc. (QCOM), Common | A | Dividend | J | T | | | | | |
| 19. Sanderson Farms (SAFM), Common | A | Dividend | J | T | | | | | |
| 20. 3M Company (MMM), Common | A | Dividend | K | T | | | | | |
| 21. Trustmark Corp (TRMK), Common | A | Dividend | J | T | | | | | |
| 22. Under Armour Inc (UA), Common | A | Dividend | J | T | | | | | |
| 23. Under Armour Inc. (UAA), Common (X) | A | Dividend | J | T | Spinoff (from line 22) | 04/08/16 | J | | |
| 24. YUM Brands, Inc. (YUM), Common | A | Dividend | J | T | | | | | |
| 25. YUM China Holdings, Inc (YUMC), Common (X) | A | Dividend | J | T | Spinoff (from line 24) | 11/01/16 | J | | |
| 26. First Commercial Bank, Common | A | Dividend | K | T | | | | | |
| 27. First Commercial Bank, Common (X) | A | Dividend | J | T | Buy (add'l) | 08/08/16 | J | | Charles Cannada |
| 28. Columbia Acorn Themorstat (CTFAX), Mutual Fund | B | Dividend | L | T | | | | | |
| 29. FAGOX (IRA), Mutual Fund | C | Dividend | K | T | | | | | |
| 30. FAEGX (IRA), Mutual Fund | A | Int./Div. | K | T | | | | | |
| 31. FSOAX (IRA), Mutual Fund | C | Dividend | K | T | | | | | |
| 32. Met Life Ins. Co. PPA Variable Annuity | A | Interest | J | T | | | | | |
| 33. Pruco Life Ins. Co. Prudential Premier RetirementX, Var Ann (H) | A | Int./Div. | N | T | | | | | |
| 34. --------AST Academic Strategies Asset Allocation Portfolio | A | Int./Div. | J | T | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/3/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -------AST Black Rock/Loomis Sayles Bond Portfolio | A | Int./Div. | N | T | | | | | |
| 36. --------AST Loomis Sayles Large-Cap Growth Portfolio | A | Int./Div. | J | T | | | | | |
| 37. ------- AST Wellington Mgmt Hedged Equity Port. (X) | A | Int./Div. | J | T | | | | | |
| 38. -------AST QMA US Equity Alpha | A | Int./Div. | J | T | | | | | |
| 39. -------AST T. Rowe Price Natural Resources | A | Int./Div. | J | T | | | | | |
| 40. College Savings Plan (H) | | None | | | | | | | |
| 41. --Scholars Edge 529 Plan (H) | A | Int./Div. | L | T | | | | | |
| 42. ---------Ages 18 and Over Portfolio / Age Based Portfolio 10A | A | Int./Div. | J | T | | | | | |
| 43. ---------Dreyfus Research Growth Portfolio A | A | Int./Div. | J | T | | | | | |
| 44. ----------International Equity /International Growth Portfolio A | A | Int./Div. | J | T | | | | | |
| 45. ----------Aggressive Portfolio A / Portfolio 100 A | C | Int./Div. | K | T | | | | | |
| 46. ----------Moderately Aggressive Portfolio A/ Portfolio 80 A | A | Int./Div. | J | T | | | | | |
| 47. ---------Value Portfolio A | A | Int./Div. | J | T | | | | | |
| 48. ---MPACT (MS College Savings Plan) | | None | | | | | | | |
| 49. United States Savings Bond | A | Interest | J | T | | | | | |
| 50. Stifel Nicolaus, Money Market Acct | A | Interest | L | T | | | | | |
| 51. First Commercial Bank, Money Market Acct | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/3/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mass Mutual Life Ins. (Whole Life) | A | Dividend | J | T | | | | | |
| 53. Statewide Federal Credit Union (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions

1. As mentioned in prior report, I sold my interest in North Congress Properties, LLC on 8/21/15 to one of my former partners (See 2015 Report - Part VII, Line 48) and am no longer partner/director

)Part III. Non-Investment Income

1. As mentioned in prior report, I sold my interest in North Congress Properties, LLC on 8/21/15 to one of my former partners (See 2015 Report - Part VII, Line 48) and am no longer partner/director

Part VI. Liabilities

1. First Commercial Bank no longer appears. The descripton of this property is listed on prior report (See 2015 Report - Part VII, Line 45). Property was held by North Congress Properties, LLC of which I was a partner/director. I sold my interest in North Congress Properties on 8/21/15 to one of my former partners (See 2015 Report - Part       VII, Line 48) and am no longer partner/director and therefore no longer carry that liability.
2. Tennesse State University appears here as _____ became enrolled as student in August, 2016.

Part VII. Investments and Trusts

23. UnderArmour Inc (UAA) is spin-off from UA Common. Effective date of spin-off is 4/8/16.
25. Yum Brands China Holding (YUMC) is spin-off from YUM Brands (YUM). Effective date of spin-off is 11/1/2016.
27. Additonal shares of First Commerical Stock purchased from Charles Cannada. Date of purchase is 8/18/16.
37. AST Wellington Mgt Hedged Equity Portfolio appears on this statement. It is one of six portfolios within the Prudential Premier Retirement Variable Annuity. Apparently, this portfolio was inadvertently omitted from prior report. In prior report it should have been listed among the list of portfolios within the annuity and the Income and       Value Codes for 2015 should have been reported as: (A, Int.Div., J, T)
48. MPACT is the Mississippi Prepaid Affordable College Tuition Plan, Mississippi's prepaid tuition plan that prepays the cost of tuition and mandatory fees and protects agaisnt the future rise of college tuition. Its is 529 plan that is guaranteed by the State of Mississippi.
53. Statewide Federal Credit Union appears here because the accounts became reportable.
47. First Commercial Bank appears here becase the money market account became reportable.
48. On August 21, 2015, I sold my interest in North Congress Properties, LLC to one of my former partners (See 2015 Report - Part VII, Line 48).

| Name of Person Reporting | Date of Report |
|---|---|
| Reeves, Carlton W. | 08/3/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carlton W. Reeves**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544